# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-24-00686-CV

---

**Kelly Marwill, Appellant**

**v.**

**Aaron Silva, Appellee**

---

### FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-003487
### THE HONORABLE DANIELLA DESETA LYTTLE, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellant Kelly Marwill has filed an unopposed motion to dismiss this appeal, which this Court abated on November 20, 2024, on the parties' joint motion. We reinstate the appeal, grant appellant's motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed on Appellant's Motion

Filed: February 6, 2026